UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIM. NO. 0:22-cr-00104 (PJS)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **DEFENDANT'S MOTION** |
| v. ) | **FOR A VARIANCE** |
| ) | |
| GLEN ROBERT ANDERSON, ) | |
| ) | |
| Defendant. ) | |

Defendant Glen Anderson, by and through his undersigned counsel, respectfully moves the Court for a variance from the Sentencing Guidelines range attributable to him in the present case, 18 U.S.C. 3553(a) and as set forth in the Presentence Investigation Report. Mr. Anderson makes this motion based on the contemporaneously filed position paper regarding sentencing and on the arguments of counsel.

Respectfully submitted,

GROSHEK LAW

Dated: January 10, 2023

/s/ Christa J. Groshek
Christa J. Groshek (#303331)
302 N. 10th Ave
Minneapolis, MN 55401
Tel (612) 827-3833

ATTORNEY FOR DEFENDANT