UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIM. NO. 0:22-cr-00104 (PJS)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | **DEFENDANT'S MOTION FOR A DOWNWARD DEPARTURE** |
| GLEN ROBERT ANDERSON, | |
| Defendant. | |

Defendant Glen Anderson, by and through his undersigned counsel, respectfully moves the Court for a downward departure per United States Sentencing Guidelines §§ 5H1.1, 5H1.3, 5H1.4. Mr. Anderson makes this motion based on the written submissions of the parties and the arguments of counsel.

GROSHEK LAW

Dated: January 10, 2023

s/ Christa J. Groshek
Christa J. Groshek (#303331)
302 N. 10th Ave
Minneapolis, MN 55401
Tel (612) 827-3833

ATTORNEY FOR DEFENDANT